Form 8

FORM 8. Entry of Appearance

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

The Timken Company    v. United States

No. 2014-1454

## ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

[ ] Pro Se    [✓] As counsel for:    The Timken Company
                                     Name of party

I am, or the party I represent is (select one):

[ ] Petitioner   [ ] Respondent   [ ] Amicus curiae   [ ] Cross Appellant
[✓] Appellant    [ ] Appellee     [ ] Intervenor

As amicus curiae or intervenor, this party supports (select one):

[ ] Petitioner or appellant    [ ] Respondent or appellee

My address and telephone are:

Name:             Geert De Prest
Law firm:         Stewart and Stewart
Address:          2100 M Street, NW, Suite 200
City, State and ZIP:  Washington, DC 20037
Telephone:        202-785-1245
Fax #:            202-466-1286
E-mail address:   gdeprest@stewartlaw.com

Statement to be completed by counsel only (select one):

[✓] I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

[ ] I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

[ ] I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): 11/26/1993

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):

[ ] Yes   [✓] No

[ ] A courtroom accessible to the handicapped is required if oral argument is scheduled.

May 8, 2014
Date                                    Signature of pro se or counsel

cc: _____

123

## CERTIFICATE OF SERVICE
*The Timken Company v. United States*, No. 2014-1454

I hereby certify that on May 8, 2014 copies of the foregoing entry of appearance (Form 8) were served upon the following parties in the manner indicated below:

<u>By e-mail and by being placed in the United States mail, first-class, postage pre-paid</u>

**On Behalf of The United States:**
Tara K. Hogan, Esq.
**U.S. DEPARTMENT OF JUSTICE**
Commercial Litigation Branch -
Civil Division
P.O. Box 480
Ben Franklin Station
Washington, DC 20044
E-mail: tara.hogan@usdoj.gov

**On Behalf of the New Hampshire Ball Bearing (NHBB) and myonic GmbH:**
Jay C. Campbell, Esq.
**WHITE & CASE, LLP**
701 Thirteenth Street NW
Washington, DC 20005-3807
E-mail: jcampbell@whitecase.com

**On Behalf of the SKF Group Companies:**
Herbert C. Shelley, Esq.
**STEPTOE & JOHNSON LLP**
1330 Connecticut Ave., N.W.
Washington, DC 20036-1795
E-mail: hshelley@steptoe.com

**On Behalf of SNR Roulements and NTN Corporation and SNECMA:**
Kevin M. O'Brien, Esq.
**BAKER & McKENZIE LLP**
815 Connecticut Ave., N.W.
Suite 900
Washington, DC 20006-4078
E-mail: kevin.obrien@bakermckenzie.com

**On Behalf of the Schaeffler Group:**
Max F. Schutzman, Esq.
**GRUNFELD, DESIDERIO, LEBOWITZ, SILVERMAN & KLESTADT LLP**
399 Park Avenue
25th Floor
New York, NY 10022
E-mail: mschutzman@gdlsk.com

*/s/ Lane S. Hurewitz*
Lane S. Hurewitz