NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

**THE TIMKEN COMPANY,**
*Plaintiff-Appellant,*

v.

**UNITED STATES, NTN BEARING CORPORATION OF AMERICA, NTN-SNR ROULEMENTS S.A., SNR BEARINGS USA, INC.,**
*Defendants-Appellees,*

**MYONIC GMBH, NEW HAMPSHIRE BALL BEARINGS, INC.,**
*Defendants,*

**SCHAEFFLER ITALIA S.R.L., SKF USA INC., SKF INDUSTRIE S.P.A., SOMECAT S.P.A.,**
*Defendants-Appellees.*

2014-1454

Appeal from the United States Court of International Trade in No. 1:12-cv-00417-JAR, Judge Jane A. Restani.

**ON MOTION**

# ORDER

SKF USA Inc., et al. move without opposition to withdraw Michael T. Gershberg as counsel of record.

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

<u>July 17, 2014</u>　　　　　　　　　　<u>/s/ Daniel E. O'Toole</u>
　　Date　　　　　　　　　　　　　Daniel E. O'Toole
　　　　　　　　　　　　　　　　　Clerk of Court