IN THE UNITED STATES COURT OF APPEALS
FOR THE FEDERAL CIRCUIT

| | | |
|---|---|---|
| THE TIMKEN COMPANY, | ) | |
| | ) | |
| Plaintiff-Appellant, | ) | |
| | ) | |
| v. | ) | No. 14-1454 |
| | ) | |
| UNITED STATES, | ) | |
| | ) | |
| Defendant-Appellee. | ) | |

DEFENDANT-APPELLEE UNITED STATES'S UNOPPOSED
MOTION FOR AN EXTENSION OF TIME TO FILE RESPONSE BRIEFS

Pursuant to Rule 26(b) of the Rules of this Court, defendant-appellee, United States, respectfully requests a 14-day enlargement of time, to and including Thursday September 11, 2014, within which to file responses to the appellant's opening brief. The response briefs of the defendant-appellees are currently due on August 28, 2014. We have not previously requested an extension of time for this purpose. On August 15, 2014, Geert DePrest, counsel for appellant, represented that it consents to the motion. Similarly, Max Schutzman, counsel for defendant-appellee Schaeffler, Herb Shelley, on behalf of defendant-appellees SKF Group Companies, and Kevin O'Brien, counsel for defendant-appellees SNR Roulements, NTN Corporation and SNECMA, each represented that the defendant-appellees do not oppose the motion.

An enlargement of time is necessary, in part, because despite counsel's best efforts, and due to her responsibilities before this Court and others, she will be unable to complete the response brief by the current August 28, 2014 deadline. Specifically, principal counsel in this matter was responsible for presenting oral argument in *Itochu Building Products v. United States*, Ct. Int'l Trade 13-0132 (oral argument held Aug. 13, 2014), and preparing an opening brief in *Archuleta v. Miller*, Fed. Cir. No. 14-3101 (due Aug. 15, 2014). She is also responsible for preparing a response brief in *Meridian Products v. United States*, Ct. Int'l Trade No. 13-0246 (due Aug. 19, 2014), a response brief in *Law Street Enterprise v. United States*, Ct. Int'l Trade No. 13-0359 (due August 26, 2014), and a response brief in *Martin v. Dep't of Veteran Affairs*, Fed. Cir. No. 14-7077 (due September 4,, 2014).

The requested enlargement of time will enable counsel to finalize the draft brief, to coordinate the contents of our brief with the Department of Commerce, and to obtain the required supervisory review.

For these reasons, the United States respectfully requests that the Court grant this unopposed request for a fourteen day enlargement of time, to and including September 11, 2014, for all defendant-appellees to file response briefs.

Respectfully Submitted,

STUART F. DELERY
Assistant Attorney General

JEANNE E. DAVIDSON
Director

/s/Reginald T. Blades, Jr.
REGINALD T. BLADES, JR.
Assistant Director

| | |
|---|---|
| OF COUNSEL: | /s/Tara K. Hogan |
| | TARA K. HOGAN |
| WHITNEY ROLIG | Senior Trial Counsel |
| Office of the Chief Counsel | Civil Division |
| for Trade Enforcement | Commercial Litigation Branch |
| and Compliance | Department of Justice |
| | P.O. Box 480, Ben Franklin Station |
| | Washington, D.C. 20044 |
| | Tele: (202) 616-2228 |
| | Fax: (202) 305-7643 |
| | |
| August 15, 2014 | Attorneys for Defendant-Appellee |
| | United States |

CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on this 15th day of August 2014, a copy of the foregoing "DEFENDANT-APPELLEE UNITED STATES'S UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO FILE RESPONSE BRIEFS" was filed electronically.

**X** This filing was served electronically to all parties by operation of the Court's electronic filing system.

　　　　　　　　　　　　　　　　___/s/ Tara K. Hogan___